# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY ADKINS, SR.** | * | **CIVIL ACTION NO.** _____ |
| | * | |
| **VERSUS** | * | **SECTION "__"** ____ |
| | * | |
| | * | **JUDGE** _____ |
| **ASHLAND SERVICES, LLC** | * | |
| | * | **MAGISTRATE** _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Larry Adkins, Sr., a person of majority age, with respect represents:

1.

Made Defendants herein are ASHLAND SERVICES, LLC, a corporation qualified to do and doing business in the State and judicial district at all times.

2.

On or about August 10, 2010, Defendant, ASHLAND SERVICES, LLC, operated and controlled the WANDA, a passenger boat in navigation, and employed Plaintiff, Larry Adkins, Sr., as an able-bodied seaman on said vessel, for which he earned an average annual earnings of approximately $72,800, plus found and fringe benefits.

3.

On or about August 10, 2010, while the WANDA was in navigation, Plaintiff sustained severe, painful, and disabling injuries to his back and other parts of his body as a result of the negligence of Defendant, ASHLAND SERVICES, LLC and the unseaworthiness of the WANDA.  Specifically, Plaintiff was injured when the vessel upon which he was assigned lost power and collided with a barge.

4.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical scarring and disability and loss of wage earning capacity for which Plaintiff seeks and is entitled to recover from Defendant, compensatory damages in the amount of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, plus found and fringe benefits.

5.

Plaintiff brings this cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**AND FOR A SECOND CAUSE OF ACTION**

6.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if specifically re-pled herein in their entirety.

7.

As a result of the shipboard injuries described herein which manifested themselves while Plaintiff was in the service of the WANDA, Plaintiff has sought reasonable and necessary medical treatment, and is entitled to maintenance at a rate of $46.33 per day.

8.

The Defendant is aware of Plaintiff's need for medical care for the injury caused by and manifested while Plaintiff was in the service of his vessel, which treatment Plaintiff continues to need, wants and intends to undergo and has also requested that Defendant authorize and pay for his prescribed medical treatment.

9.

Despite Plaintiff's request, the Defendant has arbitrarily, capriciously and without legal cause, failed and/or refused to investigate Plaintiff's claim of entitlement to cure and to authorize pay for his necessary medical treatment and maintenance payments of $46.33 per day.

10.

As a result of Defendants' negligence, willful, arbitrary and capricious failure to investigate Plaintiff's cure claim, provide prescribed medical treatment for Plaintiff's injuries and pay maintenance benefits, Plaintiff's physical and mental pain and suffering have been aggravated and intensified and his recovery has been prolonged, delayed and impaired.

11.

By reason of the foregoing, Plaintiff seeks, and is entitled to recover from Defendant, all expenses associated with necessary reasonable medical care from August 10, 2010 until he

reaches maximum medical cure according to his treating physician, and payment of maintenance at $46.33 per day during this same time period.

12.

By reason of the foregoing, Plaintiff is further entitled to recover compensatory damages for Defendant's refusal to honor its cure obligation in the amount of ONE HUNDRED FIFTY THOUSAND AND NO/100 ($150,000.00) DOLLARS.

13.

Plaintiff brings this second cause of action against the aforesaid Defendant pursuant to the general maritime law.

**WHEREFORE,** Plaintiff, LARRY ADKINS, SR., Sr., prays for judgment against Defendant, ASHLAND SERVICES, LLC, and in his favor for compensatory damages for past and future maintenance and cure in the amount of ONE MILLION, ONE HUNDRED FIFTY AND/NO ($1,150,000.00) DOLLARS, or such greater amounts as may be appropriate under the circumstances and for all taxable costs and interest allowed by law.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana  70130
(504) 588-1500
(504) 588-1514  Facsimile
sterbcow@lksalaw.com

OF COUNSEL
Matthew D. Shaffer, Esq.
Texas Bar #18085600
Schechter, McElwee, Shaffer, & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas  77006-3636
(713) 524-3500
(713) 751-0412          Facsimile
mshaffer@smslegal.com


**PLEASE SERVE:**

**ASHLAND SERVICES, LLC**
Through their registered agent
Rory Blanchard
3260 Barataria Blvd.
Marrero, Louisiana 70072