UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY ADKINS, SR. | CIVIL ACTION |
| VERSUS | NO: 10-4402 |
| ASHLAND SERVICES, LLC | SECTION "R" (3) |

### ANSWER TO COMPLAINT FOR DAMAGES AND RULE 12(B)(6) DEFENSE

**NOW INTO COURT,** through undersigned counsel, comes Ashland Services, LLC and responds to the Complaint filed by Larry Adkins, Sr., as follows:

### Rule 12(B)(6) Defense

The Complaint for Damages fails to state a claim upon which relief may be granted.

### ANSWER

And now, Ashland Services, LLC answers plaintiff's Complaint as follows:

1.

The allegations contained in Paragraph 1 of the Complaint are denied except to admit that Ashland Services, LLC is a Louisiana limited liability company authorized to do business in Louisiana.

2.

The allegations contained in Paragraph 2 of the Complaint are denied except to admit that Ashland Services LLC was the employer of plaintiff

3.

The allegations contained in Paragraph 3 of the Complaint are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 of the Complaint are denied.

5.

The allegations contained in Paragraph 5 of the Complaint do not require a response, but out of an abundance of caution, same are denied.

6.

The allegations contained in Paragraph 6 of the Complaint do not require a response, but out of an abundance of caution, same are denied.

7.

The allegations contained in Paragraph 7 of the Complaint are denied.

8.

The allegations contained in Paragraph 8 of the Complaint are denied.

9.

The allegations contained in Paragraph 9 of the Complaint are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in Paragraph 10 of the Complaint are denied.

11.

The allegations contained in Paragraph 11 of the Complaint are denied.

12.

The allegations contained in Paragraph 12 of the Complaint are denied.

13.

The allegations contained in Paragraph 13 of the Complaint do not require a response, but out of an abundance of caution, same are denied.

## SECOND DEFENSE

There was no fault, neglect or other basis for liability or responsibility on the part of defendant with respect to the incident complained of. Defendant avers that the incident occurred as a result of the plaintiff's own fault or neglect.

## THIRD DEFENSE

In the further alternative, the negligence and or comparative negligence of the plaintiff is plead in bar to or in diminution of recovery herein.

## FOURTH DEFENSE

As a separate and complete defense and in the alternative, defendant, avers that the plaintiff was not performing any duties as a seaman or contributing in any manner whatsoever to the purpose of the vessel at the time of his injury.

## FIFTH DEFENSE

As a separate and complete defense and in the alternative, Defendant avers that the accident referred to in the complaint, if same did occur, resulted from the negligence or fault of parties and/or the unseaworthinesss of a vessel or vessels for whom or which the Defendant is not legally responsible.

**WHEREFORE**, Ashland Services, LLC prays that their Answer to the Complaint for Damages be deemed good and sufficient and that after due proceedings be had, there

be judgment herein in favor of Ashland Services, LLC, dismissing the Complaint for Damages, with prejudice, at plaintiff's own cost, and for all general and equitable relief.

                        Respectfully submitted,

                        **ADAMS AND REESE LLP**

                        By: /s/ Thomas G. O'Brien
                            THOMAS G. O'BRIEN (Bar # 10149)
                            4500 One Shell Square
                            New Orleans, LA  70139
                            Telephone: (504) 581-3234
                            Facsimile: (504) 566-0210
                            *Counsel for Ashland Services, LLC*

## CERTIFICATE OF SERVICE

     I do hereby certify that on this  1st  day of  February, 2011, the foregoing document was filed with the Clerk of Court and is available for viewing and downloading from the CM/ECF system.  Notice of Electronic Case Filing has been sent automatically to all counsel on the electronic service list.  Any counsel not included on the e-mail service list received a copy via facsimile.

                                    /s/ Thomas G. O'Brien